IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CHARLENE BAKER, et al. | * |
| Plaintiffs, | * |
| v. | * Civil No. _____ |
| ANTWERPEN MOTORCARS LTD., et al. | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL

Defendants, Antwerpen Motorcars Ltd., Antbren LLC, Antrand, Inc., Antwerpen Chevrolet Ltd., Antwerpen-HK, Inc., Antwerpen Hyundai, Inc., Antwerpen Nissan, Inc., Antwerpen on the Wye, LLC, Antwerpen Volkswagen, Inc., and J.A. Motorcars, Inc., through their undersigned counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby file this Notice of Removal of this action from the Circuit Court of Maryland for Baltimore County, wherein it is now pending as Case No. 03-C-10-008960, to the United States District Court for the District of Maryland, Northern Division.  In support hereof, Defendants state as follows:

1.   An action was commenced against Defendants in the Circuit Court of Maryland for Baltimore City, entitled *Charlene Baker, et al. v. Antwerpen Motorcars Ltd., et al.*, Case No. 03-C-10-008960.  Defendants were served with a "Class Action Complaint and Prayer for Jury Trial," on July 26, 2010.  The parties agreed that Defendants time to file a responsive pleading would be extended to September 24, 2010.

2. A copy of all process, pleadings, and orders served upon the Defendant in the State Court Action is attached hereto as Exhibit A. To the best of Defendants' knowledge, to date no other pleadings have been filed by any party in this action.

3. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331 because this is a civil action arising under the constitution, laws or treaties of the United States. Specifically, Plaintiffs allege violations of the following federal statutes: the Magnusson-Moss Warranty Act (15 U.S.C. §§ 2301 *et seq.*) (*see* Exhibit A at Count Two) and the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. §§ 1961 *et seq.*) (*see* Exhibit A at Counts Seven, Nine, and Ten).[1]

4. Removal is timely because 30 days have not elapsed since Defendants were served with process.

5. The State Court in which this action was commenced is within this Court's district and division.

6. Pursuant to 28 U.S.C. § 1446(d), Defendants are providing written notice of the removal of this action to Plaintiffs' counsel, and Defendants will promptly file a Notice to State Court of Removal with the Circuit Court for Baltimore County. A true and correct copy of that Notice is attached hereto as Exhibit B.

WHEREFORE, Defendants hereby remove the above-described action now pending in the Circuit Court of Maryland for Baltimore County, and request that further proceedings be conducted in this Court.

---

[1] There is no Count Eight in the Complaint.

Respectfully submitted,

/s/ Price O. Gielen
PRICE O. GIELEN, Federal Bar No. 00577
BRIAN M. BOYLE, Federal Bar No. 28242
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
(410) 332-8584
(410) 332-8594 (fax)
pog@nqgrg.com

Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 24th day of August, 2010, a copy of the foregoing Notice of Removal was mailed, first-class, postage prepaid, to:

Richard S. Gordon
Benjamin H. Carney
102 W. Pennsylvania Ave., Suite 402
Towson, Maryland 21204

Mark H. Steinbach
O'Toole, Rothwell, Nassau & Steinbach
1350 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20006

Attorneys for Plaintiffs

/s/

PRICE O. GIELEN