FILED:  September 23, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-2015
(1:10-cv-02342-WDQ)

_____

CHARLENE BAKER, personal representative for the estate of Doris Frances
Baker; WILLIAM KEVIN FLANIGAN; LESLIE FLANIGAN, On their own
behalf and on behalf of all other consumers similarly situate

　　　　Plaintiffs - Appellees

v.

ANTWERPEN MOTORCARS LIMITED; ANTBREN LLC; ANTRAND
INCORPORATED; ANTWERPEN CHEVROLET LIMITED; ANTWERPEN-HK
INCORPORATED; ANTWERPEN HYUNDAI INCORPORATED;
ANTWERPEN NISSAN INCORPORATED; ANTWERPEN ON THE WYE LLC;
ANTWERPEN VOLKSWAGEN INCORPORATED; J.A. MOTORCARS
INCORPORATED

　　　　Defendants - Appellants

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to

Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no

opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

Appeal: 11-2015    Document: 4    Date Filed: 09/23/2011    Page: 2 of 2
Case 1:10-cv-02342-WDQ   Document 28   Filed 09/23/11   Page 2 of 2

/s/ Patricia S. Connor, Clerk